# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIANE CHATMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-CV-495-JED-FHM |
| C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., | ) ) ) ) |
| Defendants. | ) ) |

## OPINION AND ORDER

Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.'s *Motion to Compel Discovery and Compliance with Joint Status Report*, [Dkt. 32], is before the court for decision. The deadline to respond to the motion has expired and Plaintiff has failed to respond. The *Motion to Compel Discovery and Compliance with Joint Status Report*, [Dkt. 32], is therefore GRANTED.

Plaintiff is ordered to respond to Defendants' discovery by February 19, 2020. If Plaintiff fails to comply with this Order, Defendant may move for appropriate sanctions, including dismissal of the case.

SO ORDERED this 12th day of February, 2020.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE